United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>NATURE'S OWN PHARMACY, LLC, et al.,<br><br>    Defendants. | CASE NOS. 5:12-CV-1839-EJD; 5:12-CV-2729-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

MARBLE BRIDGE FUNDING GROUP, INC.,

    Plaintiff,

  v.

EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,

    Defendant.

EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,

    Counterclaim Plaintiff,

  v.

NATURE'S OWN PHARMACY, LLC, RICHARD WALLACE; RICHARD WALLACE, et al.,

    Counterclaim Defendants.

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 37), the court finds that a Case Management Conference is unnecessary at this time due to the parties' upcoming settlement discussions. Accordingly, the conference scheduled for November 16, 2012 is CONTINUED until February 22, 2012. The parties shall file a Joint Case Management Statement no later than February 15, 2012. That statement shall not exceed ten pages in length as required by the Standing Order for All Judges of the Northern District of California.

Should the parties seek a ruling on any of the issues raised in their Joint Case Management Statement, including entry of default and a motion for default judgment against Nature's Own Pharmacy, Mr. Terry's motion to withdraw as counsel, any motion to stay the case, the consolidation and/or coordination of these actions, and discovery issues, they may file the appropriate motion under the Civil Local Rules.

**IT IS SO ORDERED.**

Dated:  November 13, 2012

_____
EDWARD J. DAVILA
United States District Judge