RENÉE C. CALLANTINE (State Bar No. 155991)
*Renee.Callantine@mbtlaw.com*
MECKLER BULGER TILSON MARICK & PEARSON LLP
575 Market Street, Suite 2200
San Francisco, CA 94105
(415) 644-0914; (415) 644-0978 (Fax)

Attorney for Defendant and Counterclaim Plaintiff
EULER HERMES AMERICAN CREDIT INDEMNITY
COMPANY now known as EULER HERMES NORTH
AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>NATURES OWN PHARMACY, LLC, et al.<br><br>Defendants. | Case No.: 5:12-CV-01839-EJD; 5:12-CV-2729-EJD<br><br>[~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY |
| MARBLE BRIDGE FUNDING GROUP, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,<br><br>Defendants. | |

The Court hereby orders that the request of Defendant and Counterclaim Plaintiff EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY, to substitute Renée C. Callantine, Meckler Bulger Tilson Marick & Pearson LLP, 575 Market Street, Suite 2200, San Francisco, CA 94105, Renee.Callantine@mbtlaw.com as attorney of record in place and stead

11387_1

1  of Victoria Collman Brown, Dean Hansell and Sharon C. Corda of Hogan Lovells US LLP, is
2  hereby GRANTED and Hogan Lovells US LLP is hereby permitted to withdraw from the
3  action.

4  **IT IS SO ORDERED.**

5  Dated: 2/26/2013

   _____
   Judge Edward J. Davila
   U.S. District Court

## PROOF OF SERVICE

*Marble Bridge Funding Group v. Euler Hermes American, et al.*
United States District Court – Northern District Court Case No.: 5:12-cv-01839-EJD

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF SAN FRANCISCO  )

I, Stephanie Cadwallader, declare:

I am a citizen of the United States and employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 575 Market Street, Suite 2200, San Francisco, California 94015. On February 25, 2013, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Fed Ex envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an Fed Ex agent for delivery.

☒ By electronic service. Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed via the court CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 25, 2013, at San Francisco, California.

_____
Stephanie Cadwallader

11631_1