BUCHALTER NEMER
A Professional Corporation
   DENISE H. FIELD (SBN: 111532)
   RANDALL L. MANVITZ (SBN: 224598)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: dfield@buchalter.com
Email: rmanvitz@buchalter.com

Attorneys for Plaintiff and Counter-Claim Defendant
MARBLE BRIDGE FUNDING GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>NATURE'S OWN PHARMACY, LLC, et al.,<br><br>        Defendants. | Case Nos.: 5:12-CV-01839-EJD; 5:12-CV-02729-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| MARBLE BRIDGE FUNDING GROUP, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,<br><br>        Defendant. | |
| EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,<br><br>        Counterclaim Plaintiff, | |

BN 13902513v1

STIPULATION AND [PROPOSED] ORDER RE CONTINUING CMC

1  vs.

2  NATURE'S OWN PHARMACY, LLC,
   RICHARD WALLACE; RICHARD
3  WALLACE, et al.,

4
                Counterclaim Defendants.
5

6       Plaintiff and Counter-Claim Defendant Marble Bridge Funding Group ("Marble Bridge") and Defendant and Counter-Claim Plaintiff Euler Hermes American Credit Indemnity Company (now known as Euler Hermes North America Insurance Company) ("Euler Hermes"), by and through their respective counsel, hereby stipulate and agree, and request the Court to so order, to reschedule the Case Management Conference set for May 3, 2013 to June 28, 2013. This is the first request to extend the CMC and the parties believe it will have no overall effect on the administration of this case.

        Good cause exists to reschedule the CMC. On April 5, 2013, Marble Bridge consented to the substitution of Buchalter Nemer as its counsel. Marble Bridge seeks the continuance to provide its counsel with a reasonable opportunity to review the files in this action and prepare for the CMC.

        Further, counsel for Marble Bridge and Euler Hermes would like additional time to confer regarding discovery and a joint case management conference statement. The remaining parties are not expected to appear because of pending criminal charges.

| | | |
|---|---|---|
| 1 | Dated: April 29, 2013 | BUCHALTER NEMER |
| 2 | | |
| 3 | | By:   /s/ Randall L. Manvitz |
| 4 | | Randall L. Manvitz<br>Attorney for Plaintiff and Counter-Claim |
| 5 | | Defendant MARBLE BRIDGE FUNDING GROUP |
| 6 | Dated: April 29, 2013 | HALPERIN BATTAGLIA RAICHT, LLP |
| 7 | | |
| 8 | | By:   /s/ Neal W. Cohen |
| 9 | | Neal W. Cohen<br>Attorney for Defendant and Counter-Claim |
| 10 | | Plaintiff EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY now |
| 11 | | known as EULER HERMES NORTH AMERICA INSURANCE COMPANY |

BN 13902513v1                                                    - 3 -

STIPULATION AND [PROPOSED] ORDER RE CONTINUING CMC

1
2
**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED AS FOLLOWS:

3
4
The Case Management Conference is rescheduled from May 3, 2013 to June 28, 2013. The parties shall file an updated joint case management conference statement on or before June 21, 2013

5
**IT IS SO ORDERED.**

6
Dated: April __30__, 2013

7
_____
Honorable Edward J. Davila
Judge of the Northern District Court

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, Randall L. Manvitz, hereby certify that on this 29th day of April 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A paper copy was sent, via U.S. Mail, to the following individuals:

Richard Wallace
712 93rd Avenue North
St. Petersburg, FL 33702

0084362 Marsha Holloway
c/o Marion County Jail
700 NW 30th Avenue
Ocala, FL 34475

By: /s/ Randall L. Manvitz