**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10   MARBLE BRIDGE FUNDING GROUP,        CASE NOS. 5:12-cv-01839 EJD;
     INC.,                               5:12-cv-02729 EJD
11
                                         **ORDER GRANTING DEFENDANT'S**
12            Plaintiff(s),              **MOTION TO APPEAR BY TELEPHONE**
        v.
13
     NATURES OWN PHARMACY, LLC, et.
14   al.,

15
              Defendant(s).
16
     _____/
17
     MARBLE BRIDGE FUNDING GROUP,
18   INC.,

19
              Plaintiff(s),
20      v.

21   EULER HERMES AMERICAN CREDIT
     INDEMNITY COMPANY,,
22

23            Defendant(s).
     _____/
24

25        On June 4, 2013, the court received correspondence from Defendant Richard W. Wallace

26   ("Defendant") requesting a telephonic appearance at the Case Management Conference scheduled

27   for the above-entitled matters on June 28, 2013, at 10:00 a.m.  See Docket Item No. 83 in 5:12-cv-

28   01839 EJD; Docket Item No. 72 in 5:12-cv-02729 EJD.  Having construed Defendant's letter as a

                                          1
     CASE NO. 5:12-cv-01839 EJD; 5:12-cv-02729 EJD
     ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY TELEPHONE

1  motion for leave to appear by telephone, the request is GRANTED.  Defendant may arrange for a

2  telephonic appearance at the date and time identified through CourtCall, (888) 882-6878.

3  **IT IS SO ORDERED.**

4

5  Dated:  June 4, 2013

                                EDWARD J. DAVILA

6                                  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

CASE NO. 5:12-cv-01839 EJD; 5:12-cv-02729 EJD
ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY TELEPHONE