UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC., <br><br> Plaintiff, <br> v. <br><br> EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY, ET AL., <br><br> Defendants. | Case No. 5:12-cv-02729-EJD <br><br> **ORDER THAT DEFENDANTS SUBMIT RESPONSE TO PLAINTIFF'S LETTER BRIEF REQUESTING DISCOVERY ORDERS** <br><br> (Re: Docket No. 166) |

The court requests that Defendants Euler Hermes American Credit Indemnity Company, et al. submit a response to Plaintiff Marble Bridge Funding Group's letter brief requesting discovery. The response should be filed no later than Tuesday, September 9, 2014 at 5 PM. If the court determines that a hearing is necessary, it will issue an appropriate notice. Otherwise, the court will resolve the dispute on the papers.

**IT IS SO ORDERED.**

Dated: September 3, 2014

PAUL S. GREWAL
United States Magistrate Judge

1

Case No. 5:12-cv-02729-EJD
ORDER THAT DEFENDANTS SUBMIT RESPONSE TO PLAINTIFF'S LETTER BRIEF REQUESTING DISCOVERY ORDERS