UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY, ET AL., <br><br> Defendants. | Case No. 5:12-cv-02729-EJD <br><br> **ORDER THAT PLAINTIFF SUBMITS RESPONSE TO DEFENDANTS' LETTER BRIEF RE DISCOVERY DISPUTES** <br><br> **(Re: Docket No. 172)** |

The court requests that Plaintiff Marble Bridge Funding Group submit a response to Defendants Euler Hermes American Credit Indemnity Company, et. al.'s September 4, 2014 letter brief regarding discovery disputes. The response should be filed no later than Tuesday, September 16, 2014 at 5 PM. If the court determines that a hearing is necessary, it will issue an appropriate notice. Otherwise, the court will resolve the dispute on the papers.

**IT IS SO ORDERED.**

Dated: September 9, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No. 5:12-cv-02729-EJD
ORDER THAT PLAINTIFF SUBMITS RESPONSE TO DEFENDANTS' LETTER BRIEF RE DISCOVERY DISPUTES