1  Vincent P. Hurley #111215
   Amanda Cohen #243946
2  J. Omar Rodriguez #252886
   LAW OFFICES OF VINCENT P. HURLEY
3  A Professional Corporation
   28 Seascape Village
4  Aptos, California 95003
   Telephone: (831) 661-4800
5  Facsimile: (831) 661-4804

6  Attorneys for **Plaintiff/Counterdefendant**
   MARBLE BRIDGE FUNDING GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC., <br><br>Plaintiff, <br><br>vs. <br><br>EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,, <br><br>Defendant. | Case No. CV12-01839-EJD <br><br>(Related to Case No. CV12-02729-EJD) <br><br>CERTIFICATE OF SERVICE |
| MARBLE BRIDGE FUNDING GROUP, INC., <br><br>Plaintiff, <br><br>vs. <br><br>NATURE'S OWN PHARMACY, LLC, et al, and DOES 1-30, inclusive, <br><br>Defendants. | |
| AND RELATED COUNTERCLAIMS | |

| | |
|---|---|
| 1 | I, Marcy Brenkwitz, declare as follows: I am employed in the County of Santa Cruz, |
| 2 | State of California. I am over the age of eighteen years and not a party to the within action. My |
| 3 | business address is 28 Seascape Village, Aptos, California 95003. |
| 4 | On January 22, 2015, I served the following document: |

- **Marble Bridge Funding Group's Request for Entry of Default of Defendants Nature's Own Pharmacy, LLC; Richard Wallace; and Annette Zimmerman AKA Anette Zimmerman AKA Marsha Kay Holloway AKA Kay Holloway, with Declaration of Vincent P. Hurley In Support Thereof**

on the interested parties to said action by the following means:

**X   (BY MAIL)** By placing a true copy of the above-referenced document(s) enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Aptos, California, addressed as shown below.

I declare under penalty of perjury under the laws of the United States and State of California that the foregoing is true and correct.

Executed on January 22, 2015, at Aptos, California.

_/s/ Marcy Brenkwitz_

NAMES(S) AND ADDRESS OF EACH PARTY SERVED:

Richard Wallace
712 93rd Avenue North
St. Petersburg, FL 33702

0084362 Marsha Holloway
c/o Lowell Work Camp
11120 NW Gainesville Road
Ocala, FL 34482-0000