Renée C. Callantine (State Bar No. 155991)
RCallantine@cornerlaw.com
CORNERSTONE LAW GROUP
575 Market Street, Suite 3050
San Francisco, CA 94105
(415) 230-8737; (415) 974-6433 (Fax)

Neal W. Cohen
Andrew P. Saulitis
ncohen@halperinlaw.net
apslaw@msn.com
HALPERIN BATTAGLIA BENZIJA, LLP
40 Wall Street, 37th Floor
New York, NY 10005
(212) 765-9100; (212) 765-0964 (Fax)
Admitted *Pro Hac Vice*

*Attorneys for Defendant Euler Hermes American Credit Indemnity Company Now Known As Euler Hermes North America Insurance Company*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP,<br><br>Plaintiff,<br><br>v.<br><br>EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,<br><br>Defendant. | Case No. CV 12-02729 EJD<br><br>**DEFENDANT EULER HERMES AMERICAN CREDIT INDEMNITY'S NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>MARBLE BRIDGE FUNDING GROUP; NATURE'S OWN PHARMACY, LLC; RICHARD WALLACE; et al.,<br><br>Counterclaim Defendants. | Hearing: July 2, 2015 @ 9:00 a.m.<br>Honorable Judge Edward J. Davila<br>Courtroom 4 – 5th Floor<br>San Jose Courthouse |



CORNERSTONE LAW GROUP

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that on July 2, 2015 at 9:00 a.m., or as the Court may direct, defendant Euler Hermes American Credit Indemnity Company, now known as Euler Hermes North America Insurance Company ("Euler") will move this Court, at in Courtroom 4 of the United States Courthouse, located at 280 South 1st Street, San Jose, California 95113, for an order pursuant to Fed. R. Civ. P. 56 granting Euler summary judgment with respect to each claim of the amended complaint of plaintiff Marble Bridge Funding Group, Inc. as filed September 12, 2014 (ECF Dkt. No. 176).

Euler's motion is based on this Notice of Motion and the accompanying Moving Separate Statement pursuant to Fed. R. Civ. P. 56 (c) (1) and Section IV (B) of the STANDING ORDER FOR CIVIL CASES of U.S. District Judge Edward J. Davila, the Memorandum of Points and Authorities, the Declarations of Deborah L. Stuehrmann and Andrew P. Saulitis and the exhibits thereto, the concurrently-filed [Proposed] Order, and all other matters in the record of this action and the related actions.

Dated: May 26, 2015

/s/Andrew P. Saulitis

Andrew P. Saulitis
HALPERIN BATTAGLIA BENZIJA, LLP
40 Wall Street – 37th Floor
New York, New York 10005
Tel: (212) 765-9100/Fax: (212) 765-0964
Email: apslaw@msn.com

-and-

Renée C. Callantine (State Bar No. 155991)
CORNERSTONE LAW GROUP
575 Market Street, Suite 3050
San Francisco, California 94105
(415) 230-8737; (415) 974-6433 (Fax)
Email: RCallantine@cornerlaw.com

*Attorneys for Defendant Euler Hermes American Credit Indemnity Company*



CORNERSTONE LAW GROUP