Renée C. Callantine (SBN 155991)
rcallantine@cornerlaw.com
CORNERSTONE LAW GROUP
575 Market Street, Suite 3050
San Francisco, CA 94105
(t) (415) 230-8737
(f) (415) 974-6433

Andrew P. Saulitis (NY SBN 1702950)
apslaw@msn.com
Neal W. Cohen (NY SBN 2720191)
ncohen@halperinlaw.net
HALPERIN BATTAGLIA BENZIJA, LLP
40 Wall Street, 37th Floor
New York, NY 10005
(t) (212) 765-9100
(f) (212) 765-0964
Admitted *Pro Hac Vice*

Attorneys for Defendant and Counterclaim Plaintiff
EULER HERMES AMERICAN CREDIT INDEMNITY
COMPANY now known as EULER HERMES NORTH AMERICA
INSURANCE COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NATURE'S OWN PHARMACY, LLC, et al.,<br><br>Defendants. | Case No.: 5:12-CV-02729-EJD<br><br>**DEFENDANT/COUNTERCLAIM PLAINTIFF EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY'S SUPPLEMENTAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26 (a) (3) (A) AND 26 (e)** |
| MARBLE BRIDGE FUNDING GROUP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,<br><br>Defendant. | |

- 1 -

| | |
|---|---|
| 1 | EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY, |
| 2 | |
| 3 | Counterclaim Plaintiff, |
| 4 | vs. |
| 5 | NATURE'S OWN PHARMACY, LLC, RICHARD WALLACE; RICHARD WALLACE, et al., |
| 6 | |
| 7 | Counterclaim Defendants. |

Pursuant to Fed. R. Civ. P. 26 (a) (3) (A) and 26 (e), defendant and counterclaim plaintiff Euler Hermes American Credit Indemnity Company, now known as Euler Hermes North American Insurance Company ("Euler"), provides the following supplemental information about the evidence that it may present at trial other than solely for impeachment including (i) the name, address and telephone number of each witness Euler expects to present (*) and those it may call if the need arises (**); and (ii) designation of those witnesses whose testimony the party expects to present by deposition (taken stenographically) (†), and supplementing its prior disclosures and responses to discovery requests.

1. Cheryl Biggs*, 912 Suntan Lane, Brentwood, California 94513-6978, tel. (925) 513-0098. Subject matter: Role as Operations Manager of Marble Bridge; dealings with Nature's Own and its representatives; Marble Bridge's investigation in January-February 2012 of the bona fides of Nature's Own, its "suppliers," its "customers" for invoiced goods and the "ship to" locations of invoiced goods; interaction with investigators; Marble Bridge's knowledge that none of the foregoing was bona fide and that the none of the invoices it had purchased from Nature's Own represented actual covered products shipped to a customer at the invoiced locations; Paul Candau's knowledge; Marble Bridge's interactions Creative Security Company, Inc., the investigative firm that was engaged to conduct a field investigation on behalf of Marble Bridge and results of such investigation.

- 2 -

DEFENDANT/COUNTERCLAIM PLAINTIFF EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY'S SUPPLEMENTAL DISCLOSURES PURSUANT TO FRCP. 26 (A) (3) (A) AND 26 (E)

2. Catherine Schlomann Robertson**, Pahl & McCay, 225 West Santa Clara St., Suite 1500, San Jose, California 95113, tel. (408) 286-5100. Subject matter:  Marble Bridge's investigation in January-February 2012 of the bona fides of Nature's Own, its "suppliers," its "customers" for invoiced goods and the "ship to" locations of invoiced goods; Marble Bridge's (including Paul Candau's) knowledge that none of the foregoing was bona fide and that the none of the invoices it had purchased from Nature's Own represented actual covered products shipped to a customer at the invoiced location; Marble Bridge's claim filing and antecedents; the factual/evidentiary basis of Marble Bridge's fraud and racketeering (RICO) claims against Nature's Own and its principals; drafting of complaint and pre-filing inquiry as to fraud/RICO action filed by Pahl & McCay; communications with Creative Security Company, Inc. and FBI re fraudulent activity of Nature's Own and its principals.

3. Gerri Lynn Denson Wynn*†, 911 Northeast 48th Avenue Road, Ocala, Florida 34470, tel. (352) 236-1090, (352) 591-3185. Subject matter:  The fraudulent invoice scheme run by Marsha Kay Holloway a/k/a Anette Zimmerman; that the invoices submitted with Marble Bridge's claim were fraudulent and did not represent actual goods or shipments thereof;  the operation of Marsha Kay Holloway's legitimate and illegitimate businesses in order to avoid detection of fraud; information regarding Marsha Kay Holloway, Nature's Own, U.S. Hay Direct LLC and other businesses, the invoices and bills of lading that are the subject of the claims in this case and communications.

4. Virginia L. Tubbs**†, 3385 Southwest 97th Court, Ocala, Florida 34481-1589, tel. (352) 207-5034. Subject matter:  Operation of Marsha Kay Holloway's legitimate and illegitimate businesses (including their alleged customers/Buyers), the invoices and bills of lading that are the subject of the claims in this case.

5. Charles (Chuck) Wall*, Creative Security Company, Inc., 150 S. Autumn Street,

- 3 -

Suite B, San Jose, California 95110, tel. (888) 352-4272. Subject matter: Investigation on behalf of Marble Bridge in January-February 2012 as to the bona fides of Nature's Own, its "suppliers," its "customers" for invoiced goods and the "ship to" locations of invoiced goods; reports of the progress and results of the investigation; Marble Bridge's knowledge that none of the foregoing was bona fide and that the none of the invoices it had purchased from Nature's Own represented actual covered products shipped to a customer at the invoiced location; report of fraudulent activity to the FBI and Marble Bridge's dealings with the FBI; communications with Pahl & McCay regarding investigation and results.

6. Creative Security Company, Inc.**, 150 S. Autumn Street, Suite B, San Jose, California 95110, tel. (888) 352-4272. Subject matter: Investigation on behalf of Marble Bridge in January-February 2012 as to the bona fides of Nature's Own, its "suppliers," its "customers" for invoiced goods and the "ship to" locations of invoiced goods; reports of the progress and results of the investigation; Marble Bridge's knowledge that none of the foregoing was bona fide and that the none of the invoices it had purchased from Nature's Own represented actual covered products shipped to a customer at the invoiced location; report of fraudulent activity to the FBI and Marble Bridge's dealings with the FBI; communications with Pahl & McCay regarding investigation and results.

7. Richard W. Wallace**, 712 93rd Avenue N., Saint Petersburg, Florida 33702-3042, tel. (727) 76-0080. Subject matter: Nature's Own, how it was organized and operated as a front for illegitimate activity; dealings with Karl Stehlin and "Anette Zimmerman"; how he was duped into acting as a front for Nature's Own to conceal its actual ownership and control; how he learned that Nature's Own was actually a scam; Euler's lack of knowledge of same.

8. Carey D. Fiertz**†, 225 Taconic Road, Salisbury, Connecticut 06068, tel. (860) 435-0430. Subject matter: Non-coverage under policy; lack of basis for Marble Bridge's

- 4 -

misrepresentation claims.

9. J. Francis Fitzgerald, Jr.**†, 12160 W. County Road 500 S., Daleville, Indiana 47334; tel. (765) 730-1444, Non-coverage under policy; lack of basis for Marble Bridge's misrepresentation claims; materiality of information withheld by Marble Bridge in filing its claim under the policy.

Dated: September 1, 2015                HALPERIN BATTAGLIA BENZIJA, LLP

By: */s/ Neal W. Cohen*
Neal W. Cohen
Attorneys for Defendant and Counter-Claim Plaintiff EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY now known as EULER HERMES NORTH AMERICA INSURANCE COMPANY